UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Ronald Christian**

       Plaintiff,

V.                                CIVIL ACTION NO.
                                1:13-cv-02884-JFM

**Shan Motors, Inc.**

       Defendant.                    December 24, 2013

NOTICE OF SETTLEMENT

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed without prejudice and without costs,

subject to approval of the Court.

Plaintiff and Defendant reached a settlement agreement which included 6 monthly

installment payments.  One installment payment has been made.

The Plaintiff request in the event Defendant defaults that he can reopen this matter

within the next 5 months.

                                    THE PLAINTIFF

                                      BY/S/Bernard T. Kennedy
                                      Bernard T. Kennedy, Esquire
                                      The Kennedy Law Firm
                                      163 Mitchells Chance Road, #244
                                      Edgewater, MD 21037
                                      Ph   (443) 607-8901
                                      Fax (443) 443-6372
                                      Fed. Bar # Md26843
                                      bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 12/24/13 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy